Certificate Number: 02114-nye-cc-002856366

# **CERTIFICATE OF COUNSELING**

I CERTIFY that on <u>11/12/07</u>, at <u>02:05</u> o'clock <u>PM EST</u>, <u>SHAMIE SEVIER</u> received from <u>Consumer Credit Counseling Service of Greater Atlanta, Inc.,</u> an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of New York</u>, an individual [or group] briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111. A debt repayment Plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>  by Internet  </u>.


Date: <u>11-12-2007</u>            By      <u>/s/PIERRE WASHINGTON</u>

                                Name    <u>PIERRE WASHINGTON</u>

                                Title   <u>Counselor</u>


\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).