## BARNETT ASSOCIATES INC.
Empl. SEVI1
Dept. 004

SEVIER, SHAMIE A.
Soc. Sec. No. 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
Pay Period 08/16/07 - 08/31/07

Ck 20802    20802

| | Hrs | Amnt | | | %Gross | | |
|---|---|---|---|---|---|---|---|
| Regular | 0.00 | 0.00 | GROSS WAGES | 1867.51 | 100.00 | YTD Gross | 29425.12 |
| Ovr Time | 0.00 | 0.00 | CAFETERIA PLAN | 8.50 | 0.46 | YTD FWT | 4578.00 |
| Dbl Time | 0.00 | 0.00 | | | | YTD Soc.Sec. | 1817.00 |
| Sick Lv | 0.00 | 0.00 | | | | YTD Medicare | 425.00 |
| Vac Pay | 0.00 | 0.00 | TAXABLE GROSS | 1859.01 | 99.54 | YTD SWT | 1424.27 |
| Hol Pay | 0.00 | 0.00 | | | | YTD SDI | 20.80 |
| Pers Pay | 0.00 | 0.00 | | | | YTD Loc 1 | 0.00 |
| Salary | 1867.51 | | | | | YTD Loc 2 | 0.00 |
| Commiss | 0.00 | | | | | YTD EESUTA | 0.00 |
| Pce Work | 0.00 | | | | | | |
| OthTxbl | 0.00 | | | | | FWT | 293.00 |
| OthNonTx | 0.00 | | | | | Soc.Sec. | 115.26 |
| Tips | 0.00 | | | | | Medicare | 26.96 |
| | | | | | | SWT | 90.89 |
| | | | NET PAY | 1331.60 | 71.30 | SDI | 1.30 |
| | | | | | | Local 1 | 0.00 |
| | | | | | | Local 2 | 0.00 |

## BARNETT ASSOCIATES INC.
Empl. SEVI1
Dept. 004

SEVIER, SHAMIE A.
Pay Period 08/01/07 - 08/15/07

Ck 20689    20689

| | Hrs | Amnt | | | %Gross | | |
|---|---|---|---|---|---|---|---|
| Regular | 0.00 | 0.00 | GROSS WAGES | 1867.51 | 100.00 | YTD Gross | 27557.61 |
| Ovr Time | 0.00 | 0.00 | CAFETERIA PLAN | 8.50 | 0.46 | YTD FWT | 4285.00 |
| Dbl Time | 0.00 | 0.00 | | | | YTD Soc.Sec. | 1701.74 |
| Sick Lv | 0.00 | 0.00 | | | | YTD Medicare | 398.04 |
| Vac Pay | 0.00 | 0.00 | TAXABLE GROSS | 1859.01 | 99.54 | YTD SWT | 1333.38 |
| Hol Pay | 0.00 | 0.00 | | | | YTD SDI | 19.50 |
| Pers Pay | 0.00 | 0.00 | | | | YTD Loc 1 | 0.00 |
| Salary | 1867.51 | | | | | YTD Loc 2 | 0.00 |
| Commiss | 0.00 | | | | | YTD EESUTA | 0.00 |
| Pce Work | 0.00 | | | | | | |
| OthTxbl | 0.00 | | | | | FWT | 293.00 | 15.69 |
| OthNonTx | 0.00 | | | | | Soc.Sec. | 115.26 | 6.17 |
| Tips | 0.00 | | | | | Medicare | 26.96 | 1.44 |
| | | | | | | SWT | 90.89 | 4.87 |
| | | | NET PAY | 1331.60 | 71.30 | SDI | 1.30 | 0.07 |
| | | | | | | Local 1 | 0.00 | 0.00 |
| | | | | | | Local 2 | 0.00 | 0.00 |

Handwritten: 44 820.26    46555.26

**BARNETT ASSOCIATES INC.**  
Empl. SEVI1  
Dept. 004

SEVIER, SHAMIE A.  
Soc. Sec. No. 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  
Pay Period 09/16/07 - 09/30/07  
Ck 21104

| | Hrs | Amnt | | | %Gross | | YTD |
|---|---|---|---|---|---|---|---|
| Regular | 0.00 | 0.00 | GROSS WAGES | 1867.51 | 100.00 | YTD Gross | 33160.14 |
| Ovr Time | 0.00 | 0.00 | CAFETERIA PLAN | 8.50 | 0.46 | YTD FWT | 5156.00 |
| Dbl Time | 0.00 | 0.00 | CAFETERIA MED | 15.50 | 0.83 | YTD Soc.Sec. | 2045.60 |
| Sick Lv | 0.00 | 0.00 | | | | YTD Medicare | 478.46 |
| Vac Pay | 0.00 | 0.00 | TAXABLE GROSS | 1843.51 | 98.71 | YTD SWT | 1603.93 |
| Hol Pay | 0.00 | 0.00 | | | | YTD SDI | 23.40 |
| Pers Pay | 0.00 | 0.00 | | | | YTD Loc 1 | 0.00 |
| Salary | | 1867.51 | | | | YTD Loc 2 | 0.00 |
| Commiss | 0.00 | 0.00 | | | | YTD EESUTA | 0.00 |
| Pce Work | 0.00 | 0.00 | | | | | |
| OthTxbl | 0.00 | 0.00 | | | | FWT | 289.00 |
| OthNonTx | 0.00 | 0.00 | | | | Soc.Sec. | 114.30 |
| Tips | 0.00 | 0.00 | | | | Medicare | 26.73 |
| | | | | | | SWT | 89.83 |
| | | | NET PAY | 1322.35 | 70.81 | SDI | 1.30 |
| | | | | | | Local 1 | 0.00 |
| | | | | | | Local 2 | 0.00 |

**BARNETT ASSOCIATES INC.**  
Empl. SEVI1  
Dept. 004

SEVIER, SHAMIE A.  
Soc. Sec. No. 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  
Pay Period 09/01/07 - 09/15/07  
Ck 20940

| | Hrs | Amnt | | | %Gross | | YTD |
|---|---|---|---|---|---|---|---|
| Regular | 0.00 | 0.00 | GROSS WAGES | 1867.51 | 100.00 | YTD Gross | 31292.63 |
| Ovr Time | 0.00 | 0.00 | CAFETERIA PLAN | 8.50 | 0.46 | YTD FWT | 4867.00 |
| Dbl Time | 0.00 | 0.00 | CAFETERIA MED | 15.50 | 0.83 | YTD Soc.Sec. | 1931.30 |
| Sick Lv | 0.00 | 0.00 | | | | YTD Medicare | 451.73 |
| Vac Pay | 0.00 | 0.00 | TAXABLE GROSS | 1843.51 | 98.71 | YTD SWT | 1514.10 |
| Hol Pay | 0.00 | 0.00 | | | | YTD SDI | 22.10 |
| Pers Pay | 0.00 | 0.00 | | | | YTD Loc 1 | 0.00 |
| Salary | | 1867.51 | | | | YTD Loc 2 | 0.00 |
| Commiss | 0.00 | 0.00 | | | | YTD EESUTA | 0.00 |
| Pce Work | 0.00 | 0.00 | | | | | | %Gross |
| OthTxbl | 0.00 | 0.00 | | | | FWT | 289.00 | 15.48 |
| OthNonTx | 0.00 | 0.00 | | | | Soc.Sec. | 114.30 | 6.12 |
| Tips | 0.00 | 0.00 | | | | Medicare | 26.73 | 1.43 |
| | | | | | | SWT | 89.83 | 4.81 |
| | | | NET PAY | 1322.35 | 70.81 | SDI | 1.30 | 0.07 |
| | | | | | | Local 1 | 0.00 | 0.00 |
| | | | | | | Local 2 | 0.00 | 0.00 |

21104

20940

**BARNETT ASSOCIATES INC.**

Empl. SEVI1
Dept. 004

SEVIER, SHAMIE A.
Soc. Sec. No. 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
Pay Period 10/16/07 - 10/31/07

Ck 21356    **21356**

| | Hrs | Amnt | | | %Gross | | YTD |
|---|---|---|---|---|---|---|---|
| Regular | 0.00 | 0.00 | GROSS WAGES | 1867.51 | 100.00 | YTD Gross | 36895.16 |
| Ovr Time | 0.00 | 0.00 | CAFETERIA MED | 15.50 | 0.83 | YTD FWT | 5734.00 |
| Dbl Time | 0.00 | 0.00 | CAFETERIA PLAND | 8.92 | 0.48 | YTD Soc.Sec. | 2274.14 |
| Sick Lv | 0.00 | 0.00 | | | | YTD Medicare | 531.90 |
| Vac Pay | 0.00 | 0.00 | TAXABLE GROSS | 1843.09 | 98.69 | YTD SWT | 1783.53 |
| Hol Pay | 0.00 | 0.00 | | | | YTD SDI | 26.00 |
| Pers Pay | 0.00 | 0.00 | | | | YTD Loc 1 | 0.00 |
| Salary | | 1867.51 | | | | YTD Loc 2 | 0.00 |
| Commiss | 0.00 | 0.00 | | | | YTD EESUTA | 0.00 |
| Pce Work | 0.00 | 0.00 | | | | | |
| OthTxbl | 0.00 | 0.00 | | | | | %Gross |
| OthNonTx | 0.00 | 0.00 | | | | FWT | 289.00 15.48 |
| Tips | 0.00 | 0.00 | | | | Soc.Sec. | 114.27 6.12 |
| | | | | | | Medicare | 26.72 1.43 |
| | | | | | | SWT | 89.80 4.81 |
| | | | | | | SDI | 1.30 0.07 |
| | | | | | | Local 1 | 0.00 0.00 |
| | | | | | | Local 2 | 0.00 0.00 |

NET PAY    1322.00    70.79

---

**BARNETT ASSOCIATES INC.**

Empl. SEVI1
Dept. 004

SEVIER, SHAMIE A.
Pay Period 10/01/07 - 10/15/07

Ck 21263    **21264**

| | Hrs | Amnt | | | %Gross | | YTD |
|---|---|---|---|---|---|---|---|
| Regular | 0.00 | 0.00 | GROSS WAGES | 1867.51 | 100.00 | YTD Gross | 35027.65 |
| Ovr Time | 0.00 | 0.00 | CAFETERIA MED | 15.50 | 0.83 | YTD FWT | 5445.00 |
| Dbl Time | 0.00 | 0.00 | CAFETERIA PLAND | 8.92 | 0.48 | YTD Soc.Sec. | 2159.87 |
| Sick Lv | 0.00 | 0.00 | | | | YTD Medicare | 505.18 |
| Vac Pay | 0.00 | 0.00 | TAXABLE GROSS | 1843.09 | 98.69 | YTD SWT | 1693.73 |
| Hol Pay | 0.00 | 0.00 | | | | YTD SDI | 24.70 |
| Pers Pay | 0.00 | 0.00 | | | | YTD Loc 1 | 0.00 |
| Salary | | 1867.51 | | | | YTD Loc 2 | 0.00 |
| Commiss | 0.00 | 0.00 | | | | YTD EESUTA | 0.00 |
| Pce Work | 0.00 | 0.00 | | | | | |
| OthTxbl | 0.00 | 0.00 | | | | | %Gross |
| OthNonTx | 0.00 | 0.00 | | | | FWT | 289.00 15.48 |
| Tips | 0.00 | 0.00 | | | | Soc.Sec. | 114.27 6.12 |
| | | | | | | Medicare | 26.72 1.43 |
| | | | | | | SWT | 89.80 4.81 |
| | | | | | | SDI | 1.30 0.07 |
| | | | | | | Local 1 | 0.00 0.00 |
| | | | | | | Local 2 | 0.00 0.00 |

NET PAY    21 1622.00    70.79
         5∞
       712.00