UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re

SHAMIE A. SEVIER,

                     Debtor.

------------------------------------------------------x

Chapter 7
Case No.: 07-74738-JBR
NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE, that the undersigned appears as the attorney for Cab East, LLC and its servicer Ford Motor Credit Company (collectively "FMCC"), and pursuant to Rules 2002 and 9007 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, demands that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the office, post office and telephone number set forth below.

      PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, schedules, disclosure statement, plan, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise: (1) which affect or seek to affect in any way the rights or interests of the undersigned party in interest with respect to (a) the debtor; (b) property or proceeds thereof in which the debtor or trustee may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of the undersigned party in interest which the debtor or Trustee may seek to use; or (2) which require or seek to require any action, delivery of any property, payment or other conduct by the undersigned party in interest.

Dated: Melville, New York
       December 10, 2007

                              MACCO & STERN, LLP
                              *Attorneys for FMCC*

                  By:    /s/ Vincent Cuocci
                          Vincent Cuocci, Esq.
                          135 Pinelawn Road, Suite 120 South
                          Melville, New York 11747
                          (631) 549-7900

STATE OF NEW YORK )
COUNTY OF SUFFOLK ) ss.:

ANGELA GUZMAN, being duly sworn, deposes and says: I am not a party to the action, I am over 18 years of age and I reside at Bellmore, New York.

On December 10, 2007, I served the within

NOTICE OF APPEARANCE

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

Office of the U.S. Trustee
Long Island Federal Courthouse
560 Federal Plaza – Room 560
Central Islip, NY 11722-4437

Ronald D. Weiss, Esq.
734 Walt Whitman Road
Suite 203
Melville, NY 11747

R Kenneth Barnard
384 W Main Street
Babylon, NY 11702

Shamie A. Sevier
17 Shaftsbury Lane
Melville, NY 11747

*/s/ Angela Guzman*
ANGELA GUZMAN

Sworn to before me this
10th day of December, 2007

*/s/ Vincent Cuocci*_____
Notary Public

VINCENT CUOCCI
NOTARY PUBLIC, State of New York
No. 02CU5082207
Qualified in Suffolk County
Commission Expires February 8, 2010