# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722−9013

| | |
|---|---|
| IN RE: | CASE NO: 8−07−74738−jf |
| Shamie A. Sevier<br>aka Shamie A. Frederick | |
| SSN/TAX ID: | CHAPTER: 7 |
| xxx−xx−7795 | |
| DEBTOR(s) | |

## NOTICE REASSIGNING CASE

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Notice is hereby given that:

Pursuant to an Administrative Order of this court dated December 27, 2007, the above−captioned case has been reassigned to the Honorable Jerome Feller, United States Bankruptcy Judge effective January 1, 2008.  Please take note of the new case number: 8−07−74738−jf .

Dated: January 2, 2008

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnrp.jsp** Notice Reassigning Case(Mass Assignment) rev. 02/28/07]