# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722−9013

---

| | |
|---|---|
| IN RE: | CASE NO: 8−07−74738−jf |
| Shamie A. Sevier<br>aka Shamie A. Frederick | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| xxx−xx−7795 | |
| DEBTOR(s) | |

---

## NOTICE OF NO FINANCIAL MANAGEMENT CERTIFICATE

Notice is hereby given that:

The above−named debtor(s) have failed to timely file a Certificate of Completion of a course in Financial Management or Official Form 23 in accordance with Interim Bankruptcy Rules 1007(b)(7) and 1007(c).

Notice is further given that unless the aforementioned Certificate of Completion or Official Form 23 is filed by February 19, 2008 , this case will be closed with no discharge of debtor(s) having been entered.

Notice is further given that if the debtor(s) subsequently file(s) a Motion to Reopen the case to allow for the filing of the Financial Management Course Certificate, the debtor(s) must pay the full filing fee due for filing such a motion.

Dated: February 4, 2008

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnfcer.jsp** [Notice of No Financial Certificate Filed rev. 09/26/06]