Certificate Number: 00478-NYE-DE-003339541

Bankruptcy Case Number: 07-74738

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on February 8, 2008 , at 10:31 o'clock AM EST ,

Shamie Sevier completed a course on personal financial

management given by internet and telephone by

Springboard Nonprofit Consumer Credit Management, Inc. ,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Eastern District of New York .

Date: February 8, 2008          By    /s/Susan M Cusack

                                Name   Susan M Cusack

                                Title  Operations Manager