**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**----------------------------------------------------------X**

In re:                                                          Case No.: **807-74738-~~JBR~~JF**
                                                                         **Chapter 7**

**SHAMIE A. SEVIER~~,~~a/k/a**
**SHAMIE A. FREDERICK**
                              **Debtor~~(s)~~.**
**----------------------------------------------------------X**

<u>**STIPULATION AND ORDER APPROVING ASSUMPTION OF THE LEASE**
**AGREEMENT BETWEEN DEBTORS AND CAB EAST, LLC AND ITS SERVICER**
**FORD MOTOR CREDIT COMPANY (COLLECTIVELY "FMCC")**</u>

**WHEREAS**, a motor vehicle lease agreement dated July 27, 2007 (the "Lease") requires

Shamie A. Sevier ("Lessee") to tender certain monthly vehicle lease payments to FMCC,

("Lessor"), as well as requires compliance by both parties to certain terms and conditions

regarding the lease of a 2007 Ford Explorer, bearing vehicle identification number

1FMEU74E37UB36937 (the "Vehicle"); and

**WHEREAS**, with respect to said Lease, the parties have executed a Lease Assumption

Agreement dated <u>January ~~1~~28, 2008____</u>, and by and through their respective counsel, consent

and stipulate to the entry of an Order of the Bankruptcy Court approving the Lease Assumption

Agreement under the terms and conditions thereto; and

**WHEREAS**, the Lessee ~~and (if applicable) Co-Lessee~~ ha~~s~~ve agreed to comply with the

terms and conditions of the Lease and waive *inter alia* the effect, if any, a discharge issued under

11 U.S.C. §727 has with respect to the assumed Lease, the Vehicle and to Lessor, and its

successors, agents and/or assigns by virtue of 11 U.S.C. §524(a); and

**WHEREAS**, the Court has been fully advised of the facts and circumstances hereof, and

sufficient cause being found, it is hereby:

**ORDERED,** that the Lease Assumption Agreement is hereby approved; and it is further,

**ORDERED,** that and upon entry of this stipulation as an Order the Lease is assumed by the Lessee ~~and (if applicable) Co-Lessee~~ as a personal liability ~~of each of them,~~ pursuant to 11 U.S.C. §365(p)(2); and it is further,

**ORDERED,** that in the event a discharge is issued in this matter pursuant to 11 U.S.C. §727, any effect of said discharge pursuant to 11 U.S.C. §524(a) shall not apply to the Lease, the Vehicle or to the Lessor and its successors, agents, and/or assigns; and it is further,

**ORDERED**, that this document may be executed in counterparts, and a facsimile copy of a signature on this document shall be acceptable as an original.

**STIPULATED, CONSENTED AND AGREED** this __18th day of __January__, 2008

| | |
|---|---|
| MACCO & STERN, LLP | RONALD D. WEISS |
| *Attorneys for Lessor* | *Attorney for Lessee and Co-Lessee* |
| | |
| By:  */s/ Vincent Cuocci*_____ | By:  */s/ Ronald Weiss*_____ |
| Vincent Cuocci, Esq. | Ronald D. Weiss, Esq. |
| 135 Pinelawn Road - Suite 120 South | 734 Walt Whitman Road, Suite 203 |
| Melville, New York 11747 | Melville, NY 11747 |
| (631) 549-7900 tel. | (631) 271-3737 tel. |
| (631) 549-7845 fax | (631) 271-3784 fax |

**SO ORDERED, this 25th ⎯⎯ day of February⎯⎯⎯⎯⎯⎯⎯⎯, 2008~~7~~**

**s/Jerome Feller**
~~Joel B. Rosenthal~~ **Jerome Feller**
**United States Bankruptcy Judge**

~~Account No.: 42798490~~